# United States District Court

_____ DISTRICT OF DELAWARE _____

SALLY CANNON, on behalf of
herself and all others similarly situated,

V.

MBNA CORPORATION, PENSION &
401K PLAN COMMITTEE OF MBNA
CORPORATION, LANCE L. WEAVER,
VERNON H.C. WRIGHT, RANDOLPH
D. LERNER, BRUCE L. HAMMONDS,
JAMES H. BERICK, BENJAMIN R.
CIVILETTI, WILLIAM L. JEWS, STUART
L. MARKOWITZ, WILLIAM B. MILSTEAD,
JOHN COCHRAN, THOMAS G. MURDOUGH,
JR. and DWIGHT ASSET MANAGEMENT
COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-429 GMS**

TO: (Name and address of defendant)

MBNA CORPORATION
c/o Dezzie Cole, Esquire, authorized agent
MBNA Corporation
1100 N. King Street
Wilmington, DE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross &
 Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JUL 2 0 2005
_____          _____
CLERK                                              DATE

_Evette Watson_
_____
(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/21/05 | |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MBNA CORPORATION. AT 1100 N. KING ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY DEZZIE COLE, ESQ.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/21/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.