AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

SALLY CANNON, on behalf of
herself and all others similarly situated,

V.

CASE NUMBER:    **05-429 GMS**

MBNA CORPORATION, PENSION &
401K PLAN COMMITTEE OF MBNA
CORPORATION, LANCE L. WEAVER,
VERNON H.C. WRIGHT, RANDOLPH
D. LERNER, BRUCE L. HAMMONDS,
JAMES H. BERICK, BENJAMIN R.
CIVILETTI, WILLIAM L. JEWS, STUART
L. MARKOWITZ, WILLIAM B. MILSTEAD,
JOHN COCHRAN, THOMAS G. MURDOUGH,
JR. and DWIGHT ASSET MANAGEMENT
COMPANY

**TO:**(Name and address of defendant)

PENSION & 401K PLAN COMMITTEE
OF MBNA CORPORATION
c/o Dezzie Cole, Esquire, authorized agent
MBNA Corporation
1100 N. King Street
Wilmington, DE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross &
 Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                         JUL 2 0 2005
_____    _____
CLERK                                                                 DATE

_Evelle Watson_
_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): ___Acknowledgement of Service, below._____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            Date                                    Signature of Server

                                                    _____
                                                    Address of Server

### Acknowledgment of Service

I, Richard C. Pepperman, II, acknowledge that on August _2_, 2005, via express mail delivery, I received a copy of the attached complaint, as authorized agent for process for defendant Pension & 401k Plan Committee.

*Richard C. Pepperman, II*