AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

**SUMMONS IN A CIVIL CASE**

SALLY CANNON, on behalf of
herself and all others similarly situated,

V.                                                    CASE NUMBER:      05-429-GMS

MBNA CORPORATION, PENSION &
401K PLAN COMMITTEE OF MBNA
CORPORATION, LANCE L. WEAVER,
VERNON H.C. WRIGHT, RANDOLPH
D. LERNER, BRUCE L. HAMMONDS,
JAMES H. BERICK, BENJAMIN R.
CIVILETTI, WILLIAM L. JEWS, STUART
L. MARKOWITZ, WILLIAM B. MILSTEAD,
JOHN COCHRAN, THOMAS G. MURDOUGH,
JR. and DWIGHT ASSET MANAGEMENT
COMPANY

**TO:** (Name and address of defendant)   WILLIAM B. MILSTEAD
c/o Richard C. Pepperman, II, Esquire, authorized agent
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross &
Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   JUL 2 9 2005
_____        _____
CLERK                                                        DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Acknowledgement of Service, below.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                                  Signature of Server

                                                                   _____
                                                                   Address of Server

### Acknowledgment of Service

I, Richard C. Pepperman, II, acknowledge that on August  2 , 2005, via express mail delivery, I received a copy of the attached complaint, as authorized agent for process for defendant William B. Milstead.

*/s/ Richard C. Pepperman, II*
Richard C. Pepperman, II