UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, On Behalf of Herself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORPORATION, et al.<br><br>Defendants. | Civil Action No. 05-00429-GMS |

## STIPULATED ORDER EXTENDING TIME

It is hereby stipulated by the parties to this action, subject to the order of this court, that defendants' time in which to move, plead or otherwise respond to the complaint is extended to and including September 9, 2005.

| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jeffrey S. Goddess | /s/ Richard H. Morse |
| Jeffrey S. Goddess (No. 630)<br>919 North Market Street, Suite 1401<br>P.O. Box 1114<br>Wilmington, Delaware 19899-1114<br>(302) 652-5070<br>jgoddess@rmgglaw.com | Richard H. Morse (No. 531)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>rmorse@ycst.com |
| Attorney for Plaintiff | Attorney for Defendants |

DATED: August 8, 2005

SO ORDERED, this ___ day of August, 2005.

_____
United States District Judge