# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6651
DIRECT FAX: 302-576-3319
rmorse@ycst.com

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS

TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 9, 2005

**BY E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re: Cannon v. MBNA Corporation, et al.
       Civil Action No. 05-429-GMS

Dear Judge Sleet:

  I write in response to Your Honor's request for an explanation regarding the proposed Stipulated Scheduling Order (D.I. 14) filed yesterday afternoon. Defendants have requested a 30-day extension of time in which to respond to the Complaint in this action. Plaintiff has agreed to this request. This is defendants' first request for an extension of time to respond to the Complaint.

  Defendants' goal in requesting this initial 30-day extension is to facilitate the coordination of the proceedings in this case with those in other closely related cases also pending before Your Honor, and with the related cases pending in Maryland state court and the Southern District of New York. Seven class action complaints have recently been filed in this Court asserting claims under the federal securities laws on behalf of a putative class of MBNA shareholders based on the same allegations made in this action. *Baker* v. *MBNA Corp.*, No. 1:05-CV-00272-GMS (D. Del. filed May 5, 2005); *Phillips* v. *MBNA Corp.*, No. 1:05-CV-00277-GMS (D. Del. filed May 9, 2005); *Wilkins* v. *MBNA Corp.*, No. 1:05-CV-00287-GMS (D. Del. filed May 12, 2005); *Bronstein* v. *MBNA Corp.*, No. 1:05-CV-00289-GMS (D. Del. filed

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
August 9, 2005
Page 2

May 13, 2005); *Penn* v. *MBNA Corp.*, No. 1:05-CV-00293-GMS (D. Del. filed May 13, 2005); *Jones* v. *MBNA Corp.*, No. 1:05-CV-00316-GMS (D. Del. filed May 20, 2005); *Blum* v. *MBNA Corp.*, No. 1:05-CV-00372-KAJ (D. Del. filed June 8, 2005). In addition, two derivative actions were filed in this Court based on similar factual allegations. *Lemon Bay Partners LLP* v. *Hammonds*, No. 1:05-CV-00327-GMS (D. Del. filed May 25, 2005); *Benoit* v. *Hammonds*, No. 1:05-CV-00361- KAJ (D. Del. filed June 6, 2005). Plaintiffs in these derivative actions both recently filed amended complaints. In addition, there are at least two securities cases pending in the Southern District of New York, and one derivative case pending in Maryland state court.

In the Delaware securities class actions, motions for appointment of lead plaintiff were filed on July 5, 2005. Those motions are still pending before the Court. Counsel for defendant MBNA has begun negotiations with counsel for plaintiffs regarding a schedule in the securities actions, and we expect to file a stipulation setting out an agreed-upon proposed schedule next week. MBNA also intends to seek consolidation of the two derivative actions pending in this Court and has begun discussions with plaintiffs' counsel in those actions regarding a schedule.

The 30-day extension requested in this action to respond to the Complaint will enable counsel for MBNA and the other defendants to establish an agreed-upon schedule in this case that will be consistent with the schedules in those other related actions, and might avoid duplication of potential motions, discovery, and other efforts. Such coordination will result in substantial efficiencies both for the Court and the parties in these actions.

Respectfully yours,

*Richard H. Morse*

Richard H. Morse (I.D. No. 531)

RHM:mmeeh

cc:   Clerk of the Court (By E-filing)
      Jeffrey S. Goddess, Esquire (By E-filing)
      Edward P. Welch, Esquire (By E-mail)
      Richard C. Pepperman, II, Esquire (By E-mail)