UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, On Behalf of Herself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORPORATION, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-00429-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse moves for the admission *pro hac vice* of Richard C. Pepperman II, Esquire to represent defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Lance L. Weaver, Vernon H.C. Wright, Kenneth A. Vecchione, Bruce L. Hammonds and John Cochran in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Lance L. Weaver, Vernon H.C. Wright, Kenneth A. Vecchione, Bruce L. Hammonds and John Cochran

DATED: August 18, 2005

-2-

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Judge Gregory M. Sleet

DATED: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

_____
Richard C. Pepperman, II
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: August 17, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on August 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Lance L. Weaver, Vernon H.C. Wright, Kenneth A. Vecchione, Bruce L. Hammonds and John Cochran