IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, On Behalf Of Herself And All Others Similarly Situated<br><br>Plaintiff<br>v.<br>MBNA CORPORATION, et al.,<br><br>Defendants | Civil Action No. 05-00429-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jay B. Kasner to represent Defendants James H. Berick, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead and Thomas G. Murdough in this matter.

_____
Edward P. Welch (I.D. No. 671)
SKADDEN ARPS SLATE MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Attorney For: Defendants James H. Berick, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead and Thomas G. Murdough

Dated: August 23, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
United States District Judge Gregory M. Sleet