CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby certify that on August 23, 2005, I electronically filed the Motion And Order For Admission Pro Hac Vice with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**By CM/ECF**

Jeffrey S. Goddess, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market St.
Wilmington, DE 19801

Richard H. Morse, Esq.
Young Conaway Stragatt & Taylor
1000 West Street
Wilmington, DE 19801

/s/ Seth M. Beausang
Seth M. Beausang (I.D. #4071)

425689-Wilmington S1A