## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, On Behalf of Herself and All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>v. :<br><br>MBNA CORPORATION, PENSION & 401K PLAN COMMITTEE of MBNA CORPORATION, : LANCE L. WEAVER, VERNON H.C. WRIGHT, : RANDOLPH D. LERNER, BRUCE L. HAMMONDS, JAMES H. BERICK, BENJAMIN : R. CIVILETTI, WILLIAM L. JEWS, STUART L. : MARKOWITZ, WILLIAM B. MILSTEAD, JOHN : COCHRAN, THOMAS G. MURDOUGH, Jr. and : DWIGHT ASSET MANAGEMENT COMPANY, :<br><br>Defendants. : | **Case No. 05-429**<br><br>**(GMS)** |

### VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff Sally Cannon and

defendant Dwight Asset Management Company, and pursuant to Federal Rule of Civil Procedure

41(a)(1), that Dwight Asset Management Company is hereby dismissed from this action without

prejudice with all parties to bear their own costs.

Dated: New York, New York
　　　August 3I , 2005

By: _____
　　　Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

　　　　　- And -

By: _____
　　　David Pickle
Kirkpatrick & Lockhart Nicholson
　Graham LLP
1800 Massachusetts Avenue, NW
Washington, DC 20036-1221
(202) 778-9000

Counsel for Dwight Asset Management
　Company

411929

Fred T. Isquith
Mark C. Rifkin
Jeremy M. Weintraub
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Thomas J. McKenna
Gainey & McKenna
485 Fifth Avenue, Third Floor
New York, NY 10017

Lawrence A. Sucharow
Christopher J. Keller
Lynda Grant
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Counsel for Sally Cannon, et al.

SO ORDERED:

_____

411929                    2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I electronically filed a Voluntary Stipulation

Of Dismissal Without Prejudice, using CM/ECF, which will send notification of such filing

to the following:

>Richard H. Morse, Esquire
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P. O. Box 391
>Wilmington, DE 19899

>Jeffrey S. Goddess (Del. Bar No. 630)
>Rosenthal, Monhait, Gross
>& Goddess, P.A.
>Suite 1401, 919 Market Street
>P. O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>jgoddess@rmgglaw.com