# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | | ATHANASIOS E. AGELAKOPOULOS | JOHN C. KUFFEL |
| BEN T. CASTLE | TERESA A. CHEEK | THE BRANDYWINE BUILDING | JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | 1000 WEST STREET, 17TH FLOOR | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JANET Z. CHARLTON | WILMINGTON, DELAWARE 19801 | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | ROBERT S. BRADY | | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | P.O. BOX 391 | CURTIS J. CROWTHER | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19899-0391 | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | | ERIN EDWARDS | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | (302) 571-6600 | KENNETH J. ENOS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | (800) 253-2234 (DE ONLY) | IAN S. FREDERICKS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | FAX: (302) 571-1253 | JAMES J. GALLAGHER | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | | DANIELLE GIBBS | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | | ALISON G.M. GOODMAN | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | 110 WEST PINE STREET | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | P.O. BOX 594 | KARA S. HAMMOND | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | GEORGETOWN, DELAWARE 19947 | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | (302) 856-3571 | DAWN M. JONES | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | (800) 255-2234 (DE ONLY) | RICHARD S. JULIE | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | FAX: (302) 856-9338 | KAREN E. KELLER | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | | JENNIFER M. KINKUS | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | WWW.YOUNGCONAWAY.COM | EDWARD J. KOSMOWSKI | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | | |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | | SPECIAL COUNSEL | OF COUNSEL |
| MELANIE K. SHARP | JOHN T. DORSEY | | JOHN D. MCLAUGHLIN, JR. | STUART B. YOUNG |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | | ELENA C. NORMAN (NY ONLY) | EDWARD B. MAXWELL, 2ND |
| | | | PATRICIA A. WIDDOSS | |

DIRECT DIAL: 302-571-6651
DIRECT FAX: 302-576-3319
rmorse@ycst.com

September 8, 2005

**BY E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Cannon v. MBNA Corporation, et al.
              <u>Civil Action No. 05-429-GMS</u>

Dear Judge Sleet:

      We are filing together with this letter a proposed stipulated order extending defendants' time to respond to the complaint and establishing an agreed-upon schedule for this action.

      Defendants' goal in proposing this schedule is to facilitate coordination of proceedings in this case with those in other closely related cases also pending before Your Honor. Seven class action complaints have been filed in this Court asserting claims under the federal securities laws on behalf of a putative class of MBNA shareholders based on the same allegations made in this action. *Baker* v. *MBNA Corp.*, No. 1:05-CV-00272-GMS (D. Del. filed May 5, 2005); *Phillips* v. *MBNA Corp.*, No. 1:05-CV-00277-GMS (D. Del. filed May 9, 2005); *Wilkins* v. *MBNA Corp.*, No. 1:05-CV-00287-GMS (D. Del. filed May 12, 2005); *Bronstein* v. *MBNA Corp.*, No. 1:05-CV-00289-GMS (D. Del. filed May 13, 2005); *Penn* v. *MBNA Corp.*, No. 1:05-CV-00293-GMS (D. Del. filed May 13, 2005); *Jones* v. *MBNA Corp.*, No. 1:05-CV-00316-GMS (D. Del. filed May 20, 2005); *Blum* v. *MBNA Corp.*, No. 1:05-CV-00372-GMS (D. Del. filed June 8, 2005). On July 5, 2005, unopposed motions for consolidation and appointment of lead plaintiff were filed in those actions, and those motions are still pending before the Court.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
September 8, 2005
Page 2

In addition, two derivative actions were filed in this Court based on the same factual allegations. *Lemon Bay Partners LLP* v. *Hammonds*, No. 1:05-CV-00327-GMS (D. Del. filed May 25, 2005); *Benoit* v. *Hammonds*, No. 1:05-CV-00361-GMS (D. Del. filed June 6, 2005). These derivative actions were recently consolidated by stipulated order.

      Defendants have agreed voluntarily to provide plaintiff with certain information that plaintiff will consider in determining whether to file an amended complaint. Under the agreed-upon schedule, plaintiff will have 60 days from the date of entry of the stipulated order to file an amended complaint, and defendants thereafter will have 60 days to respond to the complaint. These time periods are essentially the same as those that have been proposed—and, in the case of the derivative actions, agreed to by the parties and approved by the Court—in the other related actions. Such coordination of proceedings will result in substantial efficiencies both for the Court and the parties in these actions.

Respectfully yours,

Richard Morse by JWI (1088)

Richard H. Morse (No. 531)

RHM:mmeeh
Enclosure

cc: Clerk of the Court (by e-filing)
    Jeffrey Goddess, Esquire (by e-filing)
    Edward P. Welch, Esquire (by e-mail)
    Richard C. Pepperman, II, Esquire (by e-mail)

DB01:1843263.1          064261.1001