IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORPORATION, PENSION & 401K PLAN COMMITTEE of MBNA CORPORATION, LANCE L. WEAVER, VERNON H.C. WRIGHT, RANDOLPH D. LERNER, BRUCE L. HAMMONDS, JAMES H. BERICK, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, JOHN COCHRAN, THOMAS G. MURDOUGH, Jr. and DWIGHT ASSET MANAGEMENT COMPANY,<br><br>Defendants. | C.A. No. 05-429 (GMS) |

## MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL AND LIAISON COUNSEL AND EXECUTIVE COMMITTEE IN THE ERISA LITIGATION

Plaintiff and class member Sally Cannon hereby moves this Court for an Order which:

(a) pursuant to Fed.R.Civ.P. 42(a), consolidates this action with any related ERISA cases that are subsequently filed or removed or transferred to this Court; and

(b) pursuant to Fed.R.Civ.R. 23(g)(2)(A), appoints Wolf Haldenstein Adler Freeman & Herz LLP as interim class counsel, appoints Rosenthal, Monhait, Gross & Goddess, P.A. as interim liaison counsel, and creates an Executive Committee of counsel consisting of the law firms of Wolf Haldenstein Adler Freeman & Herz LLP, Goodkind Labaton Rudoff & Sucharow LLP, and Gainey & McKenna, to act on behalf of the putative class.

In support of her motion, plaintiff Cannon submits the accompanying Memorandum of Law and the Declarations of Mark C. Rifkin, Thomas J. McKenna, Christopher J. Keller and Jeffrey S. Goddess.

Defendants take no position with respect to this motion. (Stipulation, D.I. 19.)

DATED: September 14, 2005

/s/ Jeffrey S. Goddess

Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com

Fred T. Isquith
Mark C. Rifkin
Jeremy M. Weintraub
Iona M. Evans
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Thomas J. McKenna
GAINEY & McKENNA
485 Fifth Avenue, 3rd Floor
New York, NY 10017
(212) 983-1300

Lawrence A. Sucharow
Christopher J. Keller
GOODKIND LABATON RUDOFF &
 SUCHAROW LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700

Attorneys for Plaintiff Sally Cannon

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically the foregoing document using CM/ECF, which will send notification of such filing to the following:

>Richard H. Morse, Esquire
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P. O. Box 391
>Wilmington, DE 19899

>Edward P. Welch, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P. O. Box 636
>Wilmington, DE 19899

>/s/ Jeffrey S. Goddess
>Jeffrey S. Goddess (Del. Bar No. 630)
>Rosenthal, Monhait, Gross
> & Goddess, P.A.
>Suite 1401, 919 Market Street
>P. O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>jgoddess@rmgglaw.com