IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALLY CANNON, CHRISTIAN FONDEUR, and RALPH KUNES, On Behalf of Themselves and All Others Similarly Situated, | :: :: :: | CASE NO. 05-429 (GMS) AMENDED CLASS ACTION |
| Plaintiffs, | :: :: :: | COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT |
| v. | :: :: | INCOME SECURITY ACT |
| MBNA CORPORATION, PENSION AND 401(K) PLAN COMMITTEE of MBNA CORPORATION, BRUCE L. HAMMONDS, KENNETH F. BOEHL, CHARLES C. KRULAK, TERRI C. MURPHY, JOHN W. SCHEFLEN, KENNETH A. VECCHIONE, LANCE L. WEAVER, and THOMAS D. WREN, | :: | DEMAND FOR JURY TRIAL |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2005 I electronically the Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act (D.I. 27) using CM/ECF, which sent notification of such filing to the following:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

> Edward P. Welch, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P. O. Box 636
> Wilmington, DE 19899

> /s/ Jeffrey S. Goddess
> Jeffrey S. Goddess (Del. Bar No. 630)
> Rosenthal, Monhait, Gross
>  & Goddess, P.A.
> P. O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> jgoddess@rmgglaw.com