IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, CHRISTIAN FONDEUR, and RALPH KUNES, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>MBNA CORPORATION, PENSION AND 401(K) PLAN COMMITTEE of MBNA CORPORATION, BRUCE L. HAMMONDS, KENNETH F. BOEHL, CHARLES C. KRULAK, TERRI C. MURPHY, JOHN W. SCHEFLEN, KENNETH A. VECCHIONE, LANCE L. WEAVER, and THOMAS D. WREN,<br><br>                Defendants. | No. 05-429-GMS |

### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants hereby move to dismiss plaintiffs' amended complaint in its entirety for failure to state a claim upon which relief can be granted.

The basis for this motion is set forth in the accompanying Opening Brief, and supported by the Affidavit of Richard C. Pepperman, II and the exhibits thereto.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Richard H. Morse
                Richard H. Morse (No. 531)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600
                rmorse@ycst.com

                Attorneys for Defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Bruce L. Hammonds, Kenneth F. Boehl, Charles C. Krulak, Terri C. Murphy, John W. Scheflen, Kenneth A. Vecchione, Lance L. Weaver, and Thomas D. Wren

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman II
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

January 9, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899
>
>Edward P. Welch, Esquire
>Seth M. Beausang, Esquire
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899

I further certify that on January 9, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>*Attorneys for Defendants*