UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, CHRISTIAN FONDEUR, and RALPH KUNES, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MBNA CORPORATION, PENSION AND 401(K) PLAN COMMITTEE of MBNA CORPORATION, BRUCE L. HAMMONDS, KENNETH F. BOEHL, CHARLES C. KRULAK, TERRI C. MURPHY, JOHN W. SCHEFLEN, KENNETH A. VECCHIONE, LANCE L. WEAVER, and THOMAS D. WREN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 05-429-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF RICHARD PEPPERMAN, II

STATE OF DELAWARE      )
                       : ss.
COUNTY OF NEW CASTLE   )

RICHARD C. PEPPERMAN, II, being duly sworn, deposes and says:

1. I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for defendants in this action. I submit this affidavit to provide the Court with materials cited in Defendants' Opening Brief in Support of Their Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the MBNA Corporation 401(k) Plus Savings Plan (As Amended and Restated Effective January 1, 2000).

3. Attached hereto as Exhibit B is a true and correct copy of the MBNA 401(k) Plus Savings Plan Summary Plan Description.

4. Attached hereto as Exhibit C is a document setting out the closing price of MBNA Corporation common stock for each trading day in 2005 as obtained from Bloomberg.

5. Attached hereto as Exhibit D is a true and correct copy of the Administrative Information for the Summary Plan Descriptions.

_____
Richard C. Pepperman, II

Sworn to before me
on this 6th day of January, 2006

_____
Notary Public

SAMANTHA L. MILLER
Notary Public, State of New York
No. 01MI6071187
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 11, 2006

-2-

## **CERTIFICATE OF SERVICE**

I, Richard H. Morse, hereby certify that on January 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899

>Edward P. Welch, Esquire
>Seth M. Beausang, Esquire
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899

I further certify that on January 9, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Richard H. Morse
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>*Attorneys for Defendants*