# EXHIBIT B



The MBNA 401(*k*) *Plus*
*Savings Plan*
*Summary Plan Description*

CANNON 0000152

CANNON 0000153

# Contents

AN OVERVIEW OF THE SAVINGS PLAN ...................... 1
  A Process for Saving in the MBNA Savings Plan ............... 1
  The Savings Plan At-a-Glance............................................ 2

GETTING STARTED IN THE PLAN ................................ 4
  Eligibility.......................................................................... 4
  Telephone Information and Transactions ........................... 4
  Participation..................................................................... 5

CONTRIBUTIONS TO THE PLAN ................................. 6
  MBNA Automatic 1% Contributions................................ 6
  Your Voluntary Contributions........................................... 6
  MBNA Matching Contributions ....................................... 9
  Rollover Contributions ................................................... 10
  Vesting .......................................................................... 11
  Changing Your Contributions.......................................... 11
  Limits on Contributions ................................................. 12

INVESTING YOUR ACCOUNT ...................................... 13
  Overviews of the Funds................................................... 14
  Your Investment Strategy ............................................... 16
  If You Don't Choose Investment Funds ............................ 17
  Changing Your Investments ............................................ 18
  Daily Valuation of Accounts ........................................... 18

LOANS ........................................................................... 19
  How Many Loans You Can Have ..................................... 19
  How Much You Can Borrow ........................................... 19
  Interest on Your Loan..................................................... 20
  Repaying Your Loan ....................................................... 21
  How Loans Come From Your Account............................. 22
  Obtaining a Loan............................................................ 22
  Special Situations ........................................................... 23
  When You Receive Your Loan Proceeds ........................... 23

WITHDRAWALS............................................................ 24
  Withdrawal Rules............................................................ 24
  General Withdrawal Provisions ........................................ 27
  Order of Withdrawals ..................................................... 28
  Withdrawal Rules: A Summary......................................... 29
  Applying for a Withdrawal.............................................. 30

i

CANNON 0000154

RECEIVING BENEFITS FROM YOUR ACCOUNT ........ 31
    If You Leave MBNA .......................................................... 31
    If You Work After Normal Retirement Age ........................ 31
    If You Become Disabled ................................................... 31
    If You Die ......................................................................... 32
    How Benefits Are Paid ..................................................... 33
    How to Apply for Benefits ............................................... 34

OTHER INFORMATION ............................................... 35
    How Hours and Years of Service Are Calculated ................ 35
    Naming a Beneficiary ....................................................... 35
    Assignment of Benefits ..................................................... 36
    When You Pay Taxes ........................................................ 36
    If You Participated in the Former SSBA Thrift
      Incentive Plan .............................................................. 37
    Type of Plan .................................................................... 39
    For Additional Information ............................................... 39

**AN IMPORTANT NOTE**

Because savings and investment decisions are very personal, and tax issues very complex, MBNA *cannot* advise you about how much to save . . . how to invest your contributions . . . whether to take a loan or a withdrawal . . . or how to receive money from your account. What we can do is provide you with the information you need to make informed decisions. We suggest that you talk to an investment or tax specialist before making these important decisions.

ii

CANNON 0000155

# An Overview of the Savings Plan

The MBNA 401(k) Plus Savings Plan is a very important component of your retirement security package. Through this plan you can start building the "nest egg" that can mean greater comfort and security when you reach retirement. The plan allows you to save for the future *and* have some access to your savings through loans or withdrawals while you're still working. The best way to put the savings plan to work for you is to learn how it operates, then make careful decisions about saving and investing.

Since January 29, 1991, MBNA has maintained the savings plan to provide retirement, death, and disability benefits to its eligible participants. The plan was amended and restated in its entirety as of April 1, 1992. Accordingly, except as otherwise provided, this summary describes the terms of the plan as amended and restated effective April 1, 1992.

To help you understand how the plan works, here's a brief overview of the process, followed by a quick summary of the savings plan provisions:

## A PROCESS FOR SAVING IN THE MBNA SAVINGS PLAN

> When you're eligible, MBNA makes contributions to an account in your name.

> You decide whether to make voluntary contributions and how much to save.

> MBNA matches a portion of your voluntary contributions.

> You decide how to invest all the contributions to your account. You can make many of your savings and investment decisions through a convenient, toll-free telephone number.

> While you're working for MBNA, you can take loans or withdrawals, if you need to, according to plan provisions.

> When it's time to receive the balance of your account, you decide how to receive the money.

1

CANNON 0000156

THE SAVINGS PLAN AT-A-GLANCE

| Plan Feature | Plan Provisions |
|---|---|
| Eligibility | • Full-time, prime-time, or part-time<br>• One year of service as defined on page 4 |
| Participation | • For the MBNA automatic 1% contribution, on the first day of the payroll period after you're eligible<br>• For your contribution and the match, on the first day of the payroll period after you enroll |
| Contributions | • MBNA contributes an amount equal to 1% of your base pay automatically<br>• You can contribute up to 17% of base pay (see page 6)<br>—1% to 12% on a before-tax basis<br>—1% to 10% on an after-tax basis<br>• MBNA matches your contributions (before-tax or after-tax) 50¢ for every $1 you save up to the first 6% of base pay you contribute<br>• You can make rollovers from a previous employer's qualified plan (directly or through a qualified IRA) |
| Vesting | • You're immediately 100% vested in all contributions |
| Investment Funds | The plan offers the following investment funds:<br>• Fixed Income Fund<br>• Bond Fund<br>• Diversified Fund<br>• Index Fund<br>• Growth Fund<br>• Moderate Aggressive Fund<br>• Aggressive Growth Fund<br>• MBNA Stock Fund |
| Making Changes | • You can make changes to contributions and investments once a month at any time during the month |

2

CANNON 0000157

| Plan Feature | Plan Provisions |
|---|---|
| Loans | <ul><li>You may take one loan per year</li><li>You may have two loans outstanding at any time</li><li>Loans must be made at least six months apart</li><li>Certain limits apply<br>—Minimum, maximum amount<br>—Repayment terms</li><li>Interest is repaid to your account</li></ul> |
| Withdrawals | <ul><li>Your *after-tax contributions* and earnings are most accessible, although there are limits on withdrawing matched contributions</li><li>*Rollover contributions* and earnings can be withdrawn after withdrawal of your after-tax contributions</li><li>*Matching contributions* and earnings are available within certain limits</li><li>Your *before-tax contributions* are available only for hardship withdrawals or after age $59^1/_2$</li><li>MBNA *automatic 1% contributions* and earnings are available only after age $59^1/_2$</li><li>Certain limits apply<br>—Minimum, maximum amount</li><li>Income taxes and sometimes a 10% penalty tax apply to withdrawals of tax-deferred amounts</li></ul> |
| Benefits | <ul><li>Benefits are payable when you retire, leave MBNA, become disabled, or die</li><li>Payment is generally a lump sum; installments are available if your account value is above $5,000</li></ul> |

**If You Participated in the Former SSBA Thrift Incentive Plan**

If you were a participant in the SSBA Thrift Incentive Plan before April 1, 1992, some additional provisions apply. Please read through this summary, then see page 37 for further details.

3

CANNON 0000158

# Getting Started in the Plan

## ELIGIBILITY

You're eligible to participate in the MBNA savings plan if you're a full-time, prime-time, or part-time person and have completed one year of service. This would consist of working at least 1,000 hours during your first 12 months of employment, or in any calendar year beginning after your date of hire.

See page 35 for more information about how hours and years of service are calculated.

People who are classified as union, "temporary," "leased," or non-resident aliens are not eligible to participate.

## TELEPHONE INFORMATION AND TRANSACTIONS

To make the savings plan as easy as possible to use, MBNA provides toll-free telephone service through *401(k) Plus Express*. You can call 1-800-714-401k from any touch-tone telephone to receive information on the plan and your account and to make most plan transactions.

Shortly before you become eligible to participate in the plan, you'll receive a confidential Personal Identification Number (PIN). Detailed instructions on how to use the system will be provided in your MBNA 401(k) Plus Savings Plan Investor's Kit. Your PIN allows you access to *401(k) Plus Express*.

Through this convenient service you can:

- Choose how much you want to contribute to the plan (before taxes and after taxes);
- Decide how to allocate future contributions to your account among the different investment funds;
- Reallocate existing balances among the investment funds;
- Learn about loan and withdrawal amounts available to you; and
- Process a loan.

4

CANNON 0000159

### PARTICIPATION

Your participation begins automatically on the first day of the payroll period after you complete the eligibility requirements.

While MBNA's 1% contribution is automatic, you do need to complete an enrollment form to indicate your beneficiaries and to have access to *401(k) Plus Express*. Also, you do have to enroll through *401(k) Plus Express* if you want to make your own contributions to the plan.

5

CANNON 0000160