# EXHIBIT C

MBNA Closing Prices – 1/01/2005 – 12/29/2005

| Date | Closing Price |
|---|---|
| 1/3/2005 | 28.38 |
| 1/4/2005 | 27.69 |
| 1/5/2005 | 27.60 |
| 1/6/2005 | 28.24 |
| 1/7/2005 | 28.49 |
| 1/10/2005 | 28.24 |
| 1/11/2005 | 27.95 |
| 1/12/2005 | 27.61 |
| 1/13/2005 | 27.09 |
| 1/14/2005 | 27.01 |
| 1/18/2005 | 27.37 |
| 1/19/2005 | 27.20 |
| 1/20/2005 | 27.44 |
| 1/21/2005 | 27.19 |
| 1/24/2005 | 26.85 |
| 1/25/2005 | 26.48 |
| 1/26/2005 | 26.70 |
| 1/27/2005 | 26.48 |
| 1/28/2005 | 26.30 |
| 1/31/2005 | 26.58 |
| 2/1/2005 | 26.97 |
| 2/2/2005 | 26.85 |
| 2/3/2005 | 26.77 |
| 2/4/2005 | 27.10 |
| 2/7/2005 | 26.92 |
| 2/8/2005 | 26.54 |
| 2/9/2005 | 26.53 |
| 2/10/2005 | 26.28 |
| 2/11/2005 | 26.29 |
| 2/14/2005 | 26.23 |
| 2/15/2005 | 26.13 |
| 2/16/2005 | 26.16 |
| 2/17/2005 | 25.73 |
| 2/18/2005 | 25.36 |
| 2/22/2005 | 25.06 |
| 2/23/2005 | 25.14 |
| 2/24/2005 | 25.19 |
| 2/25/2005 | 25.54 |
| 2/28/2005 | 25.37 |
| 3/1/2005 | 25.57 |
| 3/2/2005 | 25.67 |
| 3/3/2005 | 25.36 |
| 3/4/2005 | 25.75 |
| 3/7/2005 | 26.05 |
| 3/8/2005 | 26.27 |
| 3/9/2005 | 26.17 |
| 3/10/2005 | 26.28 |
| 3/11/2005 | 25.47 |
| 3/14/2005 | 25.71 |
| 3/15/2005 | 25.24 |

| Date | Value |
|---|---|
| 3/16/2005 | 24.89 |
| 3/17/2005 | 24.98 |
| 3/18/2005 | 24.70 |
| 3/21/2005 | 24.72 |
| 3/22/2005 | 24.29 |
| 3/23/2005 | 24.44 |
| 3/24/2005 | 24.60 |
| 3/28/2005 | 24.53 |
| 3/29/2005 | 24.17 |
| 3/30/2005 | 24.49 |
| 3/31/2005 | 24.55 |
| 4/1/2005 | 24.20 |
| 4/4/2005 | 24.64 |
| 4/5/2005 | 24.90 |
| 4/6/2005 | 25.05 |
| 4/7/2005 | 25.10 |
| 4/8/2005 | 24.87 |
| 4/11/2005 | 24.83 |
| 4/12/2005 | 24.97 |
| 4/13/2005 | 24.37 |
| 4/14/2005 | 23.99 |
| 4/15/2005 | 23.45 |
| 4/18/2005 | 23.45 |
| 4/19/2005 | 23.22 |
| 4/20/2005 | 23.11 |
| 4/21/2005 | 19.28 |
| 4/22/2005 | 18.45 |
| 4/25/2005 | 18.95 |
| 4/26/2005 | 18.90 |
| 4/27/2005 | 19.09 |
| 4/28/2005 | 19.54 |
| 4/29/2005 | 19.75 |
| 5/2/2005 | 19.80 |
| 5/3/2005 | 19.87 |
| 5/4/2005 | 19.97 |
| 5/5/2005 | 19.98 |
| 5/6/2005 | 19.85 |
| 5/9/2005 | 20.08 |
| 5/10/2005 | 20.12 |
| 5/11/2005 | 20.00 |
| 5/12/2005 | 19.94 |
| 5/13/2005 | 20.00 |
| 5/16/2005 | 20.50 |
| 5/17/2005 | 20.58 |
| 5/18/2005 | 20.85 |
| 5/19/2005 | 20.75 |
| 5/20/2005 | 20.74 |
| 5/23/2005 | 20.95 |
| 5/24/2005 | 20.79 |
| 5/25/2005 | 20.94 |
| 5/26/2005 | 21.20 |
| 5/27/2005 | 21.35 |
| 5/31/2005 | 21.09 |
| 6/1/2005 | 21.37 |

| Date | Value |
|---|---|
| 6/2/2005 | 21.30 |
| 6/3/2005 | 21.25 |
| 6/6/2005 | 21.39 |
| 6/7/2005 | 21.49 |
| 6/8/2005 | 21.60 |
| 6/9/2005 | 21.97 |
| 6/10/2005 | 21.60 |
| 6/13/2005 | 21.65 |
| 6/14/2005 | 21.42 |
| 6/15/2005 | 21.55 |
| 6/16/2005 | 21.46 |
| 6/17/2005 | 21.10 |
| 6/20/2005 | 21.30 |
| 6/21/2005 | 21.22 |
| 6/22/2005 | 21.22 |
| 6/23/2005 | 21.25 |
| 6/24/2005 | 21.45 |
| 6/27/2005 | 21.02 |
| 6/28/2005 | 21.30 |
| 6/29/2005 | 21.07 |
| 6/30/2005 | 26.16 |
| 7/1/2005 | 25.77 |
| 7/5/2005 | 25.53 |
| 7/6/2005 | 25.53 |
| 7/7/2005 | 25.50 |
| 7/8/2005 | 25.79 |
| 7/11/2005 | 25.71 |
| 7/12/2005 | 25.95 |
| 7/13/2005 | 26.12 |
| 7/14/2005 | 26.17 |
| 7/15/2005 | 26.22 |
| 7/18/2005 | 25.85 |
| 7/19/2005 | 25.67 |
| 7/20/2005 | 25.65 |
| 7/21/2005 | 25.58 |
| 7/22/2005 | 25.69 |
| 7/25/2005 | 25.50 |
| 7/26/2005 | 25.53 |
| 7/27/2005 | 25.37 |
| 7/28/2005 | 25.33 |
| 7/29/2005 | 25.16 |
| 8/1/2005 | 25.23 |
| 8/2/2005 | 25.32 |
| 8/3/2005 | 25.25 |
| 8/4/2005 | 25.21 |
| 8/5/2005 | 25.06 |
| 8/8/2005 | 24.91 |
| 8/9/2005 | 24.85 |
| 8/10/2005 | 24.76 |
| 8/11/2005 | 24.86 |
| 8/12/2005 | 24.77 |
| 8/15/2005 | 24.97 |
| 8/16/2005 | 25.26 |
| 8/17/2005 | 25.28 |

| Date | Value |
|---|---|
| 8/18/2005 | 25.32 |
| 8/19/2005 | 25.24 |
| 8/22/2005 | 25.29 |
| 8/23/2005 | 25.11 |
| 8/24/2005 | 24.90 |
| 8/25/2005 | 24.99 |
| 8/26/2005 | 24.88 |
| 8/29/2005 | 25.18 |
| 8/30/2005 | 25.01 |
| 8/31/2005 | 25.20 |
| 9/1/2005 | 25.27 |
| 9/2/2005 | 25.11 |
| 9/6/2005 | 25.33 |
| 9/7/2005 | 25.31 |
| 9/8/2005 | 25.03 |
| 9/9/2005 | 25.14 |
| 9/12/2005 | 25.04 |
| 9/13/2005 | 24.89 |
| 9/14/2005 | 24.88 |
| 9/15/2005 | 25.00 |
| 9/16/2005 | 25.38 |
| 9/19/2005 | 25.33 |
| 9/20/2005 | 25.09 |
| 9/21/2005 | 24.63 |
| 9/22/2005 | 24.62 |
| 9/23/2005 | 24.68 |
| 9/26/2005 | 24.55 |
| 9/27/2005 | 24.50 |
| 9/28/2005 | 24.33 |
| 9/29/2005 | 24.56 |
| 9/30/2005 | 24.64 |
| 10/3/2005 | 24.64 |
| 10/4/2005 | 24.58 |
| 10/5/2005 | 24.62 |
| 10/6/2005 | 24.74 |
| 10/7/2005 | 24.72 |
| 10/10/2005 | 24.63 |
| 10/11/2005 | 24.56 |
| 10/12/2005 | 24.50 |
| 10/13/2005 | 24.57 |
| 10/14/2005 | 24.60 |
| 10/17/2005 | 24.67 |
| 10/18/2005 | 24.50 |
| 10/19/2005 | 24.95 |
| 10/20/2005 | 24.79 |
| 10/21/2005 | 24.77 |
| 10/24/2005 | 25.40 |
| 10/25/2005 | 25.29 |
| 10/26/2005 | 25.26 |
| 10/27/2005 | 25.28 |
| 10/28/2005 | 25.67 |
| 10/31/2005 | 25.57 |
| 11/1/2005 | 25.53 |
| 11/2/2005 | 25.78 |

| Date | Value |
|---|---|
| 11/3/2005 | 25.70 |
| 11/4/2005 | 25.77 |
| 11/7/2005 | 25.90 |
| 11/8/2005 | 25.85 |
| 11/9/2005 | 25.92 |
| 11/10/2005 | 26.29 |
| 11/11/2005 | 26.35 |
| 11/14/2005 | 26.48 |
| 11/15/2005 | 26.20 |
| 11/16/2005 | 26.18 |
| 11/17/2005 | 26.39 |
| 11/18/2005 | 26.47 |
| 11/21/2005 | 26.63 |
| 11/22/2005 | 26.75 |
| 11/23/2005 | 27.10 |
| 11/25/2005 | 27.28 |
| 11/28/2005 | 27.00 |
| 11/29/2005 | 27.10 |
| 11/30/2005 | 26.77 |
| 12/1/2005 | 26.81 |
| 12/2/2005 | 27.00 |
| 12/5/2005 | 27.11 |
| 12/6/2005 | 27.13 |
| 12/7/2005 | 26.84 |
| 12/8/2005 | 26.83 |
| 12/9/2005 | 26.89 |
| 12/12/2005 | 26.88 |
| 12/13/2005 | 27.23 |
| 12/14/2005 | 27.33 |
| 12/15/2005 | 27.28 |
| 12/16/2005 | 27.52 |
| 12/19/2005 | 27.28 |
| 12/20/2005 | 27.38 |
| 12/21/2005 | 27.39 |
| 12/22/2005 | 27.52 |
| 12/23/2005 | 27.54 |
| 12/27/2005 | 27.32 |
| 12/28/2005 | 27.24 |
| 12/29/2005 | 27.21 |
| 12/30/2005 | 27.15 |

# EXHIBIT D

# Administrative Information for the Summary Plan Descriptions

CANNON 0000195

# Contents

ADMINISTRATIVE INFORMATION ABOUT YOUR BENEFITS ............ 1
   The Company ............ 1
   Employer Identification Number ............ 1
   Plan Year ............ 1
   Plan Sponsor ............ 1
   Plan Administrator ............ 1
   Plan Trustee ............ 2
   Base Pay ............ 2
   Plan Continuation ............ 3
   Other Administrative Information ............ 4
   Coordination of Medical and Dental Benefits ............ 6
   Coordination of Other Benefits ............ 7
   If You Take a Leave of Absence, Enter the Military, or Retire ............ 8
   When Coverage Ends ............ 10
   Continuation of Coverage Under COBRA ............ 12
   If Your Employment or Family Status Changes ............ 15

YOUR RIGHTS AS A PARTICIPANT IN THE PLANS ............ 16
   Submitting Claims for Benefits ............ 18
   If Your Claim Is Denied ............ 19
   Service of Legal Process ............ 19

CANNON 0000196

# Administrative Information About Your Benefits

### THE COMPANY

When we refer to "the company" or "MBNA" in this guide, it means MBNA Corporation and any of its affiliates participating in the plan being summarized.

### EMPLOYER IDENTIFICATION NUMBER

The Employer Identification Number assigned by the Internal Revenue Service (IRS) for MBNA Corporation is 52-1713008.

### PLAN YEAR

For all benefit plans described in the "Summary Plan Descriptions" section of this guide, the plan year is the calendar year—January 1 through December 31.

### PLAN SPONSOR

The sponsor for all benefit plans summarized in this guide is:

MBNA Corporation
Wilmington, DE 19884

### PLAN ADMINISTRATORS

The Plan Administrator for the MBNA Pension Plan and the MBNA 401(k) Plus Savings Plan is:

Pension and 401(k) Plan Committee
c/o MBNA Benefits Department
MBNA Corporation
Wilmington, DE 19884-0233
(302) 453-9930

The other Plan Administrators can be found on pages 4 and 5 of this section.

1

CANNON 0000197

The Plan Administrators, or their delegates, have the exclusive discretionary authority to operate and administer the benefit plans summarized in this guide, and to determine all questions arising in connection with the plans. They also have the discretionary authority to construe the terms of the plans, to decide all questions of eligibility and participation, and to determine benefit amounts. The Plan Administrators' decisions on all such matters are final. Any interpretation or determination made while carrying out their discretionary authority will be upheld on judicial review, unless it is shown that the interpretation or determination was an abuse of discretion.

The Plan Administrators periodically delegate discretionary authority in contracts, letters, and other documents. For example, discretionary authority may be delegated to the claims administrators, insurers, and trustees listed on pages 2, 4, and 5 of this section, as well as their predecessors or successors. Delegates may also assign their discretionary authority to others as allowed by the Plan Administrators.

### PLAN TRUSTEE

The trustee for the MBNA Pension Plan and the MBNA 401(k) Plus Savings Plan is:

> The Northern Trust Company
> 50 South LaSalle Street
> Chicago, IL 60675

### BASE PAY

For the benefits described in this guide, base pay is the amount you currently receive for performing services for MBNA. It *includes* your before-tax contributions to the 401(k) Plus Savings Plan and to the MBNA Flexible Benefits Plan (which consists of the health care account and the dependent day care account). For all the plans, base pay does *not* include overtime, shift differential, bonuses, commissions, or other forms of compensation.

2

PLAN CONTINUATION

The company reserves the right to change or discontinue at any time the benefit plans summarized in this guide for people working for the company, their dependents, and people retired from the company.

In the case of the savings plan and the pension plan, these special rules apply:

- No amendment can reduce the amount already credited to your account under the savings plan or the amount of accrued benefit you have already earned under the pension plan. Also, no amendment can reduce your vesting in the benefit you have earned in either plan.

- If the savings plan is terminated, your account balance will remain 100% vested and will be held for you in the savings plan trust, distributed to you, or transferred to another qualified plan for you, based on the provisions of the plan and Internal Revenue Service (IRS) requirements.

- If the pension plan is terminated, you will be 100% vested in your accrued benefit, even if you do not yet have five years of service. The assets of the pension plan will be applied to provide benefits for you and other current participants, retirees, vested participants who have left MBNA, and beneficiaries according to the requirements of the Employee Retirement Income Security Act of 1974 (ERISA). If any assets remain in the pension trust after all benefit liabilities have been satisfied, these residual assets will be returned to the company.

3

CANNON 0000199

## OTHER ADMINISTRATIVE INFORMATION

| Plan Name | Type of Plan | Plan Number | Plan Administrator | Plan Funding | ERISA Plan |
|---|---|---|---|---|---|
| MBNA Health Benefits Plan Medical | Welfare | 501 | Plan Administrator—MBNA Corporation<br><br>Claims administered by Blue Cross Blue Shield One Brandywine Gateway, P.O. Box 1991 Wilmington, DE 19899-1991; Aetna U.S. Healthcare, 1425 Union Meeting Road PO Box 3013, Blue Bell, PA 19422 | Benefits are paid from the general assets of MBNA Corporation.<br><br>Insured by Aetna U.S. Healthcare. | Yes |
| Dental | | | Claims administered by Blue Cross Blue Shield | Benefits are paid from the general assets of MBNA Corporation. | |
| Vision | | | Claims administered by Blue Cross Blue Shield | | |
| MBNA Life and Accident Insurance Program Personal Life Insurance | Welfare | 502 | Claims administered by Prudential Group Life Claim Division, P.O. Box 1215 Newark, NJ 07101-1215 | Insured by Prudential. | Yes |
| Dependent Life Insurance | | | Claims administered by Prudential | Insured by Prudential. | Yes |
| Personal Accident Insurance | | | Claims administered by Prudential | Insured by Prudential. | Yes |
| Business Travel Accident Insurance | | | Claims administered by CIGNA Life Insurance Co. of North America | Insured by CIGNA Life Insurance Co. of North America. | Yes |

4

CANNON 0000200

| Plan Name | Type of Plan | Plan Number | Plan Administrator | Plan Funding | ERISA Plan |
|---|---|---|---|---|---|
| Short-Term Disability Plan | Welfare | None | MBNA Personnel | Benefits are paid from the general assets of MBNA Corporation. | No |
| MBNA Flexible Spending Accounts | Welfare | 503 | MBNA Personnel; claims administered by Blue Cross Blue Shield of Delaware | Benefits are paid from the general assets of MBNA Corporation and from people's contributions. | In part |
| Long-Term Disability Plan | Welfare | 502 | MBNA Personnel; claims administered by ING, Benefit Claim Manager, Duncanson & Holt Services, Inc., 123 Darling Ave., South Portland, ME 04106 | Insured by ING. | Yes |
| Personal Assistance Service (PAS) Plan | Welfare | 501 | MBNA Personnel; claims administered by Magellan Behavioral Health (MBH) | Benefits are paid from the general assets of MBNA Corporation. | Yes |
| MBNA 401(k) Plus Savings Plan | Defined contribution | 001 | Pension and 401(k) Plan Committee, c/o MBNA Benefits Department, MBNA Corporation, Wilmington, DE 19884 | Benefits are paid from the savings plan trust fund. | Yes |
| MBNA Pension Plan | Defined benefit | 002 | Pension and 401(k) Plan Committee, c/o MBNA Benefits Department MBNA, Corporation, Wilmington, DE 19884 | Benefits are paid from the pension plan trust fund. | Yes |

5

## Coordination of Medical and Dental Benefits

The medical and dental plans have a coordination of benefits (COB) feature. This means that if you (and your dependents) have coverage through an MBNA program (except for HMOs, which don't have a COB feature) and another medical or dental plan—for example, provided by your spouse's employer—benefits are coordinated. With coordination of benefits, the total paid by both plans will not be more than 100% for each eligible expense.

For out-of-network services, you should submit any claims for yourself to CareChoice (your "primary" plan). You then submit any unpaid balance to your other plan for consideration. Claims for your spouse should go to your spouse's plan first (the "primary" plan for your spouse). You then submit the unpaid balance to the MBNA program for consideration.

For your children, benefits are coordinated this way:

- The plan of the parent whose birthday comes first in the year is primary where there is duplicate coverage.
- If both parents have the same birthday, the parent's plan that has been in effect the longest is primary.
- If you're divorced or separated, the plan of the parent who has custody of the child is primary, unless the divorce decree indicates otherwise.
- If you remarry and have custody, your plan will be primary, followed by your spouse's plan, then by your former spouse's plan.

If you have a work-related illness or injury, your medical and dental benefits may also be coordinated with workers' compensation benefits.

Please contact the Benefits department if you need more information about how benefits are coordinated.

CANNON 0000202

### COORDINATION OF OTHER BENEFITS

Benefits are also coordinated for these MBNA plans:

- Long-Term Disability (LTD) benefits coordinate with other disability benefits provided by MBNA for which you may be eligible. These include workers' compensation and Social Security and other group disability benefits. The LTD plan does not coordinate with disability coverage you may have purchased independently. See page 6 of the "Disability" section for more information.

- The pension plan formula coordinates with Social Security Covered Compensation in determining your benefits. See page 5 of the "Pension Plan" section for more information.

7

CANNON 0000203