IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, CHRISTIAN FONDEUR, and RALPH KUNES, On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MBNA CORPORATION, PENSION AND 401(K) PLAN COMMITTEE of MBNA CORPORATION, BRUCE L. HAMMONDS, KENNETH F. BOEHL, CHARLES C. KRULAK, TERRI C. MURPHY, JOHN W. SCHEFLEN, KENNETH A. VECCHIONE, LANCE L. WEAVER, and THOMAS D. WREN,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 05-429-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPENDIUM OF UNREPORTED OPINIONS

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman II
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Richard H. Morse (No. 531)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
rmorse@ycst.com

*Attorneys for Defendants*

January 9, 2006

# INDEX

1. *In re AOL Time Warner, Inc. Sec. & "ERISA" Litig.*,
   MDL Docket No. 1500, 02 Civ. 8853 (SWK),
   2005 U.S. Dist. LEXIS 3715 (S.D.N.Y. Mar. 10, 2005)

2. *In re Calpine Corp. ERISA Litig.*, No. C-03-1685 SBA,
   2005 U.S. Dist Lexis 9719 (N.D. Cal. Mar. 31, 2005)

3. *Cokenour v. Household Int'l., Inc.*, No. 02 C 7921,
   2004 U.S. Dist. LEXIS 5286 (N.D. Ill. Mar. 31, 2004)

4. *Herrington v. Household Int'l, Inc.*, No. 02 C 8257,
   2004 U.S. Dist. LEXIS 5461 (N.D. Ill. Mar. 30, 2004)

5. *In re Honeywell Int'l ERISA Litig.*, Civ. No. 03-1214 (DRD),
   2004 U.S. Dist. LEXIS 21585 (D.N.J. Sept. 14, 2004)

6. *Landgraff v. Columbia/HCA Healthcare Corp. of Am.*, No. 3-98-0090,
   2000 U.S. Dist. LEXIS 21831 (M.D. Tenn. May 24, 2000),
   *aff'd* 30 Fed. Appx. 366 (6th Cir. 2002)

7. *In re Louisiana-Pacific Corp ERISA Litig.*, Civil No. 02-1023-KI,
   2003 U.S. Dist. LEXIS 7645 (D. Or. Apr. 24, 2003)

8. *In re McKesson HBOC, Inc. ERISA Litig.*, No. C00-20030 RMW,
   2002 U.S. Dist. LEXIS 19473 (N.D. Cal. Sept. 30, 2002)

9. *In re Merck & Co. Sec. Litig.*, No. 04-3298,
   2005 U.S. App. LEXIS 27412 (3d Cir. Dec. 15, 2005)

10. *Pa. Fed'n, Bhd. of Maint. of Way Employees v.
    Norfolk S. Corp. Thoroughbred Ret. Inv. Plan*, No. 02-9049,
    2004 U.S. Dist. LEXIS 1987 (E.D. Pa. Feb. 4, 2004)

11. *In re Schering-Plough Corp. ERISA Litig.*, No. 04-3073,
    2005 U.S. App. LEXIS 19826 (3d Cir. Sept. 15, 2005)

12. *In re Sears, Roebuck & Co. ERISA Litig.*, No. 02 C 8324,
    2004 U.S. Dist. LEXIS 3241 (N.D. Ill. Mar. 2, 2004)

13. *In re Vicuron Pharms., Inc. Sec. Litig.*, No. 04-2627,
    2005 U.S. Dist. LEXIS 15613 (E.D. Pa. July 1, 2005)

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esq.
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, Delaware 19899

>Edward P. Welch, Esq.
>Seth M. Beausang, Esq.
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899

I further certify that on January 9, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>*Attorneys for Defendants*