UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, CHRISTIAN FONDEUR, and RALPH KUNES, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MBNA CORPORATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-00429-GMS |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certifications, Richard H. Morse moves for the admissions *pro hac vice* of Christopher Nelson, Esquire, M. David Possick, Esquire, Richard J. Urowsky, Esquire and Ryan C. Williams, Esquire to represent defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Bruce L. Hammonds, Kenneth F. Boehl, Charles C. Krulak, Terri C. Murphy, John W. Scheflen, Kenneth A. Vecchione, Lance L. Weaver, and Thomas D.

–2–

Wren, in this matter.

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Richard H. Morse*
          Richard H. Morse (No. 531)
          The Brandywine Building, 17th Floor
          1000 West Street
          P.O. Box 391
          Wilmington, Delaware 19899
          (302) 571-6651
          rmorse@ycst.com

          Attorneys for Defendants MBNA Corporation,
          Pension & 401K Plan Committee of MBNA Corporation,
          Bruce L. Hammonds, Kenneth F. Boehl, Charles C.
          Krulak, Terri C. Murphy, John W. Scheflen, Kenneth A.
          Vecchione, Lance L. Weaver, and Thomas D. Wren

DATED: January 17, 2006

NY12531:356113.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

_____
Judge Gregory M. Sleet

DATED: _____

NY12531:356113.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

_____
Christopher Nelson
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: January 13, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

_____
M. David Possick
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: January 13, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

_____
Richard J. Urowsky
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: January 13, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

_____
Ryan C. Williams
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: January 13, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Jeffrey S. Goddess, Esquire
>   Rosenthal Monhait Gross & Goddess, P.A.
>   Mellon Bank Center
>   919 Market Street, Suite 1401
>   P. O. Box 1070
>   Wilmington, DE 19899
>
>   Edward P. Welch, Esquire
>   Seth M. Beausang, Esquire
>   Skadden Arps Slate Meagher & Flom LLP
>   One Rodney Square
>   P.O. Box 636
>   Wilmington, DE 19899

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ Richard H. Morse
>   Richard H. Morse (I.D. No. 531)
>   17th Floor, Brandywine Building
>   1000 West Street
>   P.O. Box 391
>   Wilmington, Delaware 19899-0391
>   (302) 571-6651
>   rmorse@ycst.com
>
>   Attorneys for Defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Bruce L. Hammonds, Kenneth F. Boehl, Charles C. Krulak, Terri C. Murphy, John W. Scheflen, Kenneth A. Vecchione, Lance L. Weaver, and Thomas D. Wren

NY12531:356113.1