IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY CANNON, CHRISTIAN FONDEUR, and RALPH KUNES, On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>MBNA CORPORATION, PENSION AND 401(K) PLAN COMMITTEE of MBNA CORPORATION, BRUCE L. HAMMONDS, KENNETH F. BOEHL, CHARLES C. KRULAK, TERRI C. MURPHY, JOHN W. SCHEFLEN, KENNETH A. VECCHIONE, LANCE L. WEAVER, and THOMAS D. WREN,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 05-429-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPENDIUM OF UNREPORTED OPINIONS**

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman II
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

April 24, 2006

Richard H. Morse (No. 531)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
rmorse@ycst.com

*Attorneys for Defendants*

# INDEX

1. *In re Reliant Energy ERISA Litig.*, No. H-02-2051,
   2006 U.S. Dist. LEXIS 3181 (S.D. Tex. Jan. 18, 2006)

2. *In re Westar Energy, Inc.*, *ERISA Litig.*, No. 03-4032-JAR,
   2005 U.S. Dist. LEXIS 28585 (D. Kan. Sept. 29, 2005)

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on April 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esq.
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, Delaware 19899

>Edward P. Welch, Esq.
>Seth M. Beausang, Esq.
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899

I further certify that on April 24, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>*Attorneys for Defendants*

NY12531:358910.6