**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 27, 2006

**VIA ELECTRONIC FILING**

Honorary Gregory M. Sleet
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4234
Wilmington, Delaware 19801

    RE:   **Cannon, et al. v. MBNA Corporation, et al.;**
             **C.A. No. 05-429 GMS**

Dear Judge Sleet:

    The defendants requested oral argument on their motion to dismiss.

    In accordance with D.Del. L.R. 7.1.4, on behalf of the plaintiff and the putative class, I wish to add our request for oral argument to theirs.

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
cc:   Richard H. Morse, Esquire (Via electronic filing)
        Edward P. Welch, Esquire (Via electronic filing)
        Clerk, U.S. District Court