IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re MBNA Corp. ERISA Litigation | ) <br> ) Master Docket No. 05-429 (GMS) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, Jeffrey S. Goddess moves for admission *pro hac vice* of Lynda J. Grant to represent Plaintiffs Sally Cannon, Christian Fondeur, and Ralph Kunes in this matter.

Dated: May 17, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____
Jeffrey S. Goddess (No. 630)
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com

*Attorneys for Plaintiffs Sally Cannon,
Christian Fondeur, and Ralph Kunes*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Lynda J. Grant is granted.

Dated:_____     _____
                                    Judge Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

LABATON SUCHAROW & RUDOFF LLP

By: _____
Lynda J. Grant
100 Park Avenue
New York, New York 10017
(212) 907-0700

DATED: May 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing document using CM/ECF, which will send notification of such filing to the following:

>Richard S. Morse, Esquire
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

>Edward P. Welch, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 626
>Wilmington, DE 19899

>_____
>Jeffrey S. Goddess (No. 630)
>Rosenthal, Monhait & Goddess, P.A.
>Suite 1401, 919 Market Street
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>jgoddess@rmgglaw.com