## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re MBNA Corp. ERISA Litigation ) | Master Docket No. 05-429 (GMS) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Jeffrey S. Goddess moves for admission *pro hac vice* of Thomas J. McKenna of Gainey & McKenna, 295 Madison Avenue, 4th Floor, New York, NY 10017 to represent Plaintiffs Sally Cannon, Christian Fondeur, and Ralph Kunes in this matter.

Dated:                                                ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____
Jeffrey S. Goddess (No. 630)
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com

*Attorneys for Plaintiffs Sally Cannon,
Christian Fondeur, and Ralph Kunes*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Thomas J. McKenna is granted.

Dated:       February ____, 2007                    _____
                                                                         Judge Gregory M. Sleet

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Thomas J. McKenna
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017
(212) 983-1300