## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| **In re MBNA Corp. ERISA Litigation** | ) **Master Docket No. 05-429 (GMS)** |
| | ) |
| | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Jeffrey S. Goddess moves for

admission *pro hac vice* of Mark C. Rifkin to represent Plaintiffs Sally Cannon, Christian

Fondeur, and Ralph Kunes in this matter.

Dated: June 12, 2007                    ROSENTHAL, MONHAIT & GODDESS, P.A.

By:    _____
                    Jeffrey S. Goddess (No. 630)
                    Suite 1401, 919 Market Street
                    P.O. Box 1070
                    Wilmington, DE 19899-1070
                    (302) 656-4433
                    jgoddess@rmgglaw.com

                    *Attorneys for Plaintiffs Sally Cannon,*
                    *Christian Fondeur, and Ralph Kunes*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Mark C.

Rifkin is granted.

Dated:_____          _____
                                        Judge Gregory M. Sleet

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Mark C. Rifkin
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600