**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

_____ )
In re MBNA Corp. ERISA Litigation    )    Master Docket No. 05-429 (GMS)
                                     )
_____)

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that this Notice of Service was electronically served and filed on August 1, 2007 using CM/ECF, which will send notification of such filings to all registered participants, including:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

PLEASE ALSO TAKE NOTICE that Plaintiffs' First Request For Production Of Documents, along with this Notice Of Service, were served via e-mail, as follows:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

>                    */s/ Jeffrey S. Goddess*
>                    Jeffrey S. Goddess (No. 630)
>                    Rosenthal, Monhait & Goddess, P.A.
>                    Suite 1401, 919 Market Street
>                    P. O. Box 1070
>                    Wilmington, DE 19899-1070
>                    (302) 656-4433
>                       *Attorney for Plaintiffs*