IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MBNA CORP. ERISA LITIGATION | ) <br> ) Master Docket No. 05-429 (GMS) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by the parties to this action, by and through undersigned counsel, subject to the order of this Court, that Defendants are permitted to file the attached Amended Answer to the Amended Class Action Complaint for Violations of the Employee Retirement Income Security Act dated November 8, 2005 (the "Amended Answer"). Defendants are filing the Amended Answer to correct a factual error in their initial Answer regarding the authority to appoint, remove and replace members of the Plan Committee. Upon the Court's approval of this Stipulation, the Amended Answer shall be deemed filed.

Dated: August 14, 2007

| ROSENTHAL, MONHAIT & GODDESS, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Jeffrey S. Goddess <br> Jeffrey S. Goddess (No. 630) <br> 919 Market Street, Suite 1401 <br> P.O. Box 1070 <br> Wilmington, DE 19899-1070 <br> (302) 656-4433 | By: /s/ Richard H. Morse <br> Richard H. Morse (No. 531) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19807 <br> (302) 571-6600 |

*Interim Liaison Counsel For The Putative Class*

Fred T. Isquith
Mark C. Rifkin
Michael Jaffe
Matthew M. Guiney
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Interim Counsel For The Putative Class*

Thomas J. McKenna
**GAINEY & McKENNA**
295 Madison Ave., 4th Floor
New York, NY 10017
(212) 983-1300

David J. Goldsmith
**LABATON RUDOFF**
  **& SUCHAROW LLP**
100 Park Avenue
New York, NY 10017
(212) 907-0700

*Members Of The Executive Committee For The Putative Class*

OF COUNSEL:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Defendants*


SO ORDERED:

_____

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on August 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Thomas J. McKenna, Esquire
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017

David J. Goldsmith
Labatron Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

I further certify that on August 14, 2007, I also caused copies of the foregoing document to be served by hand on the counsel of record listed below:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I further certify that on August 14, 2007, I also caused copies of the foregoing document to be served by Federal Express on the unregistered counsel of record listed below:

Fred T. Isquith, Esquire
Mark C. Rifkin, Esquire
Michael Jaffe, Esquire
Matthew M. Guiney, Esquire
Wolf Handenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Lance L. Weaver, Vernon H.C. Wright, Kenneth A. Vecchione, Bruce L. Hammonds and John Cochran