IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re MBNA Corp. ERISA Litigation | ) | Master Docket No. 05-429 (GMS) |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.7, please withdraw the appearance of Lynda J. Grant, Esquire, formerly of the law firm of Labaton Sucharow & Rudoff LLP, as one of the attorneys of record for Lead Plaintiff and the Class in this action. (D.I. 41.)

/s/ Jeffrey S. Goddess
_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Interim Liaison Counsel for the Putative Class*

OF COUNSEL:

David J. Goldsmith
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700

August 20, 2007