IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re MBNA Corp. ERISA Litigation | ) | Master Docket No. 05-429 (GMS) |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that this Notice of Service was electronically served and filed on August 27, 2007 using CM/ECF, which will send notification of such filings to all registered participants, including:

>Richard H. Morse, Esquire
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P. O. Box 391
>Wilmington, DE 19899

PLEASE ALSO TAKE NOTICE that Plaintiffs' First Set Of Requests For Admission And Interrogatories To Defendant MBNA Corporation were served on August 24, 2007, as follows:

**VIA HAND DELIVERY AND E-MAIL**

>Richard H. Morse, Esquire
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P. O. Box 391
>Wilmington, DE 19899

VIA E-MAIL

Richard C. Pepperman, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  *Attorney for Plaintiffs*