**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re MBNA Corp. ERISA Litigation )
)
)
)

Master Docket No. 05-429 (GMS)

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that this Notice Of Service Of Plaintiffs' Initial Disclosure

Statement Pursuant To Federal Rule Of Civil Procedure 26(a)(1) was electronically served and

filed on August 31, 2007 using CM/ECF, which will send notification of such filings to all

registered participants, including:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

PLEASE ALSO TAKE NOTICE that Plaintiffs' Initial Disclosure Statement Pursuant To

Federal Rule Of Civil Procedure 26(a)(1), along with this Notice Of Service, were served via hand

delivery and e-mail upon:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorney for Plaintiffs*