IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re MBNA Corp. ERISA Litigation | ) <br> ) Master Docket No. 05-429 (GMS) <br> ) <br> ) |

## ORDER

Plaintiffs having moved for leave to file their Second Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act, and for good cause shown,

IT IS HEREBY ORDERED THIS _____ day of October, 2007 that:

1. Plaintiffs' Motion For Leave To File Their Second Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act is hereby GRANTED; and

2. Plaintiffs' Second Amended Class Action Complaint For Violations Of The Employee Retirement Income Security Act, in the form attached to their motion, shall be docketed by the Court and deemed served on defendants as of the date this Order is entered, without the need to further serve and/or file.

_____
Chief Judge