IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re MBNA Corp. ERISA Litigation | ) ) ) ) ) | Master Docket No. 05-429 (GMS) |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE that effective September 1, 2007 Labaton Sucharow & Rudoff LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York 10017 to the following:

> Labaton Sucharow LLP
> 140 Broadway
> New York, NY 10005

PLEASE TAKE FURTHER NOTICE that all other contact information for the Labaton Sucharow LLP attorneys remains unchanged. All further pleadings and correspondence in this action should be sent to this address.

_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
  *Attorney for Plaintiffs*