IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MBNA CORP. ERISA LITIGATION | ) ) ) ) ) Master Docket No. 05-429 (GMS) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT**

Defendants MBNA Corporation, Pension and 401(K) Plan Committee of MBNA Corporation ("Plan Committee"), Bruce L. Hammonds, Kenneth F. Boehl, Charles C. Krulak, Terri C. Murphy, John W. Scheflen, Kenneth A. Vecchione, Lance L. Weaver and Thomas D. Wren (collectively "Defendants") submit this response to Plaintiffs' Motion for Leave to File Their Second Amended Class Action Complaint for Violations of the Employee Retirement Income Security Act dated October 5, 2007. (D.I. 65.)

Plaintiffs' stated reason for the amended pleading is to add "four individuals who served on the Plan Committee during all or part of the Class Period." (D.I. 65 at 2.) The Class Period begins on January 7, 2005. (D.I. 27 at 10.) By January 13, 2005, just six days later, three of the proposed new defendants—John R. Cochran, M. Scot Kaufman and Vernon H.C. Wright—had stepped down as members of the Plan Committee.

Nonetheless, in view of the "liberal pleading standards" under the Federal Rules of Civil Procedure, *see Erickson* v. *Pardus*, 127 S. Ct. 2197, 2200 (2007), Defendants do not oppose Plaintiffs' motion to amend the complaint.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (No. 531)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendants*

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: October 22, 2007

2

# CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on October 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I further certify that on October 22, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Thomas J. McKenna, Esquire
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017

David J. Goldsmith
Labatron Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Fred T. Isquith, Esquire
Mark C. Rifkin, Esquire
Michael Jaffe, Esquire
Matthew M. Guiney, Esquire
Wolf Handenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants MBNA Corporation, Pension & 401K Plan Committee of MBNA Corporation, Lance L. Weaver, Vernon H.C. Wright, Kenneth A. Vecchione, Bruce L. Hammonds and John Cochran

2

DB01:2468824.1                                                        064261.1001