IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re MBNA Corp. ERISA Litigation | ) | Master Docket No. 05-429 (GMS) |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that this Notice Of Service was electronically served and filed on November 2, 2007 using CM/ECF, which will send notification of such filings to all registered participants, including:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

PLEASE ALSO TAKE NOTICE that Plaintiffs' Joint Responses And Objections To Defendants' First Request For Production Of Documents, along with this Notice Of Service, were served, as follow:

**VIA E-MAIL**

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

> Richard C. Pepperman, Esquire
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004

> */s/ Jeffrey S. Goddess*
> Jeffrey S. Goddess (No. 630)
> Rosenthal, Monhait & Goddess, P.A.
> Suite 1401, 919 Market Street
> P. O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
>   *Attorney for Plaintiffs*