IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. ERISA LITIGATION | Case No. 05-00429-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 13, 2007 copies of Defendants' First Set of Interrogatories were caused to be served upon the following counsel of record by hand delivery:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Michael Jaffe, Esquire
Wolf Haldenstein Adler Freeman & Herz LLP,
270 Madison Avenue
New York, New York 10016

and that on December 13, 2007 a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Thomas J. McKenna, Esquire
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017

David J. Goldsmith
Labatron Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

I further certify that on December 13, 2007 I also caused copies of the foregoing documents to be served by Federal Express on the counsel of record listed below:

Thomas J. McKenna, Esquire
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017

David J. Goldsmith
Labatron Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Fred T. Isquith, Esquire
Mark C. Rifkin, Esquire
Michael Jaffe, Esquire
Matthew M. Guiney, Esquire
Wolf Handenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: December 13, 2007

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Richard H. Morse*

Richard H. Morse (No. 531)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6651
*rmorse@ycst.com*
*Attorney for Defendants*