IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. ERISA LITIGATION | ) ) ) Master Docket No. 05-429 (GMS) ) ) |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties herein pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, subject to the Order of this Court, that (i) Christian Fondeur will be withdrawn as a named plaintiff in the action; and (ii) all claims against Vernon H.C. Wright will be dismissed without prejudice. Each party shall bear its own costs with respect thereto.

January 17, 2008

/s/ Richard H. Morse
Richard H. Morse (# 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000

*Attorneys for Defendants*

/s/ Jessica Zeldin
Jeffrey S. Goddess (No. 630)
Jessica Zeldin (No. 3558)
ROSENTHAL, MONHAIT
& GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

*Attorneys for Plaintiffs*

SO ORDERED, this ____ day of ____, 2008

_____
Chief United States District Judge