# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RICHARD H. MORSE
DIRECT DIAL: (302) 571-6651
DIRECT FAX: (302) 576-3319
rmorse@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

January 24, 2008

**BY E-FILE AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re:   In re: MBNA Corp. ERISA Litigation, No. 05-429(GMS) and
      In Re MBNA Corp. Securities Litigation, No. 05-272 (GMS)

Dear Chief Judge Sleet:

The parties in the above-captioned actions are jointly filing proposed amended scheduling orders with this letter. The purpose of the proposed amendments is to provide the parties with additional time for discovery, without affecting the date on which summary judgment motions will be fully briefed or any of the subsequent deadlines set forth in the existing orders.

*In re MBNA Corp. Securities Litigation*: The proposed amended scheduling order leaves all of the dates unchanged, except that the date for the close of fact discovery would be extended from February 29, 2008 to May 13, 2008.

*In re MBNA Corp. ERISA Litigation*: The parties propose that the schedule be amended as follows: (a) the deadline for completion of fact discovery be extended from February 29, 2008 to May 13, 2008; (b) the due date for plaintiffs' expert reports be extended from March 31, 2008 to May 13, 2008, with defendants' expert reports and plaintiffs' rebuttal expert reports to follow as set forth in the proposed order; (c) the deadline for completion of expert discovery be extended from June 16, 2008 to July 22, 2008; (d) the due date for opening summary judgment briefs be extended from July 15, 2008 to August 1, 2008, with no change to the date on which summary judgment briefing will be complete. The proposed amended scheduling order also includes dates for class certification briefing, providing that such briefing will be complete by September 2, 2008. This is an addition to the existing scheduling order, which is silent as to when the class certification briefs are due. The proposed amended scheduling order does not alter any of the pre-trial and trial dates.

DB01:2509192.1

064261.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
January 24, 2008
Page 2

      Should your Honor have any questions or concerns regarding the proposed amended scheduling orders, counsel for the parties will be pleased to make themselves available to discuss these matters at the Court's convenience.

      Sincerely yours,

      */s/ Richard H. Morse*

      Richard H. Morse  531

RHM:cd

cc:    Clerk of the Court (by e-filing)

      Brian D. Long, Esquire
      (Rigrodsky & Long, P.A.) (by e-filing)

      Jeffrey S. Goddess, Esquire (by e-filing)

      William E. Applegate IV, Esquire
      (Motley Rice LLC) (by e-mail)

      Michael Jaffe, Esquire
      (Wolf Haldenstein Adler Freeman & Herz LLP) (by e-mail)

      Thomas J. McKenna, Esquire
      (Gainey & McKenna) (by e-mail)

      David J. Goldsmith, Esquire
      (Labaton Rudoff & Sucharow LLP) (by e-mail)

      Richard C. Pepperman, II, Esquire
      (Sullivan & Cromwell LLP) (by e-mail)