### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MBNA CORP. ERISA LITIGATION | ) ) ) ) ) Master Docket No. 05-429 (GMS) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendants will take the deposition upon oral examination of Ralph Kunes at 10:30 a.m. on February 26, 2008, at the offices of Young, Conaway, Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. The deposition will be taken before an individual authorized by law to administer oaths and will be recorded by stenographic means. You are invited to attend and cross-examine.

Dated: February 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
Jeffrey T. Castellano (No. 4837)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendants*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 15, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, who are also being served in the additional manner indicated:

E-MAIL AND HAND DELIVERY
Jeffrey S. Goddess, Esquire
Jessica S. Zeldin, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

E-MAIL AND HAND DELIVERY
Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

E-MAIL
Mark C. Rifkin, Esquire
Wolf Handenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

I further certify that on February 15, 2008, I caused a copy of the foregoing document to be served by e-mail on the following counsel:

Thomas J. McKenna, Esquire
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017

David J. Goldsmith
Labatron Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Fred T. Isquith, Esquire
Mark C. Rifkin, Esquire
Michael Jaffe, Esquire
Matthew M. Guiney, Esquire
Wolf Handenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
_____
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants