IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re MBNA Corp. ERISA Litigation | ) ) ) ) | Master Docket No. 05-429 (GMS) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that this Notice Of Service was electronically served and filed on March 7, 2008 using CM/ECF, which will send notification of such filings to all registered participants, including:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

PLEASE ALSO TAKE NOTICE that Plaintiffs' Second Set Of Interrogatories To Defendant MBNA Corporation, along with this Notice Of Service, were served on March 7, 2008, as follow:

**VIA E-MAIL/HAND DELIVERY**

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

**VIA E-MAIL**

Richard C. Pepperman, Esquire
Richard J. Urowsky, Esquire
Stacey R. Friedman, Esquire
Ryan C. Williams, Esquire
M. David Possick, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

                                /s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Jessica Zeldin (No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
  *Attorney for Plaintiffs*