IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re MBNA Corp. ERISA Litigation | ) | Master Docket No. 05-429 (GMS) |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that this Notice of Service was electronically served and filed on April 7, 2008 using CM/ECF, which will send notification of such filings to all registered participants, including:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

PLEASE ALSO TAKE NOTICE that Plaintiffs' Second Set of Requests For Admission To Defendant MBNA Corporation, along with this Notice Of Service, were served via hand delivery upon:

> Richard H. Morse, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899

> /s/JeffreyS. Goddess
> Jeffrey S. Goddess (No. 630)
> Rosenthal, Monhait & Goddess, P.A.
> Suite 1401, 919 Market Street
> P. O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> *Attorney for Plaintiffs*