IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>ERISA LITIGATION | C.A. No. 05-429-GMS<br>CONSOLIDATED |

**STIPULATION AND ORDER**

WHEREAS pursuant to the April 25, 2008 telephonic discovery conference with the Court in this action and in *In re MBNA Corp. Securities Litigation*, No. 05-272-GMS (the "Securities Action"), the parties have conferred and agreed upon a schedule for the taking of the remaining depositions that were discussed with the Court during that conference;

WHEREAS under the Amended Scheduling Order dated February 19, 2008, the close of fact discovery in this action was May 13, 2008;

WHEREAS the parties have agreed to a schedule for the taking of the previously noticed depositions of William Milstead and Richard Fucci after the close of fact discovery, and anticipate that both of those depositions will be completed on or before June 5, 2008;

WHEREAS plaintiffs in the Securities Action also want to notice a deposition of Ernst & Young pursuant to Federal Rule of Civil Procedure 30(b)(6) for after the close of fact discovery, and anticipate that they will be able to schedule and take the deposition of Ernst & Young on or before June 15, 2008;

WHEREAS defendants have agreed not to oppose the deposition of Ernst & Young proceeding after the close of fact discovery;

WHEREAS the plaintiffs in this action have also agreed not to oppose the deposition of Ernst & Young proceeding after the close of fact discovery; and

2

WHEREAS permitting these three additional depositions to proceed after the close of fact discovery will not affect the date on which summary judgment motions will be fully briefed or any of the subsequent deadlines set forth in the existing Scheduling Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Amended Scheduling Order dated February 19, 2008 is hereby modified as follows:

1. The depositions of Mr. Milstead and Mr. Fucci may be taken after the close of fact discovery.

2. The deposition of Ernst & Young may be taken after the close of fact discovery.

3. These additional depositions shall be completed on or before June 15, 2008.

| | |
|---|---|
| /s/ Jeffrey S. Goddess | /s/ Michele Sherretta Budicak |
| Jeffrey S. Goddess (No. 630) | Richard H. Morse (No. 531) |
| Jessica Zeldin (No. 3558) | Michele Sherretta Budicak (No. 4651) |
| ROSENTHAL, MONHAIT | YOUNG, CONAWAY, STARGATT |
| & GODDESS, P.A. | & TAYLOR, LLP |
| 919 Market Street, Suite 1401 | The Brandywine Building |
| P.O. Box 1070 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-1070 | Wilmington, DE 19899-0391 |
| (302) 656-4433 | 302-571-6600 |
| | mbudicak@ycst.com |
| Michael Jaffe | |
| Mark C. Rifkin | *Of Counsel*: |
| Matthew M. Guiney | |
| WOLF HALDENSTEIN ADLER | Richard J. Urowsky |
| FREEMAN & HERZ LLP | Richard C. Pepperman, II |
| 270 Madison Avenue | Stacey R. Friedman |
| New York, NY 10016 | Ryan C. Williams |
| (212) 545-4600 | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| *Attorneys for Plaintiffs* | New York, New York 10004 |
| | (212) 558-4000 |
| | |
| | *Attorneys for Defendants* |

Dated: May 15, 2008

SO ORDERED, this _____ day of May, 2008.

_____
Chief United States District Judge