IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE MBNA CORP. ERISA LITIGATION    )  Master Docket No. 05-429 (GMS)

## [PROPOSED] ORDER EXTENDING SCHEDULING ORDER DEADLINES

**WHEREAS** the parties have reached an agreement in principle to settle this matter;

**WHEREAS** the parties will notify the Court by July 21, 2008, of the date by when those settlement papers will be filed;

**WHEREAS** the parties have agreed to adjourn the forthcoming dates in the Amended Scheduling Order (Docket Entry No. 75) for Plaintiffs' motion for class certification (presently due July 22, 2008) and Defendants' motion for summary judgment (presently due August 1, 2008) to allow for time to prepare the settlement papers and for the Court to consider the proposed settlement;

**WHEREAS** the parties have agreed that if this action is not settled, the parties shall be deemed to have reverted to their respective *status quo ante* and will jointly seek a revised scheduling order from the Court:

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties herein, subject to the Order of this Court, the forthcoming dates in the Amended Scheduling Order for Plaintiffs' motion for class certification and Defendants' motion for summary judgment are adjourned. The parties will notify the Court of a date by when the settlement papers shall be submitted on or before July 21, 2008.

July 16 , 2008

| | |
|---|---|
| /s/ Richard H. Morse<br>Richard H. Morse (No. 531)<br>YOUNG, CONAWAY, STARGATT<br>& TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6000<br><br>Richard J. Urowsky<br>Richard C. Pepperman, II<br>Stacey R. Friedman<br>Ryan C. Williams<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>*Attorneys for Defendants* | /s/ Jeffrey S. Goddess<br>Jeffrey S. Goddess (No. 630)<br>Jessica Zeldin (No. 3558)<br>ROSENTHAL, MONHAIT<br>& GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br><br>*Interim Liaison Counsel For the*<br>*Putative Class*<br><br>Mark C. Rifkin<br>Michael Jaffe<br>Matthew M. Guiney<br>**WOLF HALDENSTEIN ADLER**<br>**FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>(212) 545-4600<br><br>*Interim Counsel for the*<br>*Putative Class*<br><br>*Attorneys for Plaintiffs* |

SO ORDERED, this ____ day of ____, 2008

_____
Chief United States District Judge