# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. ERISA LITIGATION | ) <br> ) Master Docket No. 05-429 (GMS) <br> ) <br> ) |

## [PROPOSED] SCHEDULING ORDER DEADLINES

**WHEREAS** the parties have reached an agreement in principle to settle this matter;

**WHEREAS** the parties agreed to notify the Court by July 21, 2008, of the date by when the proposed settlement would be filed;

**WHEREAS** to provide Defendants with sufficient time to undertake the internal steps that are necessary to properly prepare settlement papers, Defendants are requesting that the proposed settlement papers be filed with the Court on or before September 19, 2008:

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties herein, subject to the Order of this Court, the proposed settlement papers shall be submitted to the Court on or before September 19, 2008.

DATED:  July 21, 2008

| | |
|---|---|
| /s/ *Michele Sherretta Budicak* | /s/ *Jeffrey S. Goddess* |
| Michele Sherretta Budicak (No. 4651) | Jeffrey S. Goddess (No. 630) |
| YOUNG, CONAWAY, STARGATT | Jessica Zeldin (No. 3558) |
| & TAYLOR, LLP | ROSENTHAL, MONHAIT |
| The Brandywine Building | & GODDESS, P.A. |
| 1000 West Street, 17th Floor | 919 Market Street, Suite 1401 |
| Wilmington, DE 19801 | P.O. Box 1070 |
| (302) 571-6000 | Wilmington, DE 19899-1070 |
| mbudicak@ycst.com | (302) 656-4433 |
| | jgoddess@rmgglaw.com |
| Richard J. Urowsky | |
| Richard C. Pepperman, II | *Interim Liaison Counsel For the* |
| Stacey R. Friedman | *Putative Class* |
| Ryan C. Williams | |
| **SULLIVAN & CROMWELL LLP** | Mark C. Rifkin |
| 125 Broad Street | Michael Jaffe |
| New York, New York 10004 | Matthew M. Guiney |
| (212) 558-4000 | **WOLF HALDENSTEIN ADLER** |
| | **FREEMAN & HERZ LLP** |
| *Attorneys for Defendants* | 270 Madison Avenue |
| | New York, NY 10016 |
| | (212) 545-4600 |
| | |
| | *Interim Counsel for the* |
| | *Putative Class* |
| | |
| | *Attorneys for Plaintiffs* |

SO ORDERED, this ____ day of ____, 2008

                                                                                                _____
                                                                                                 Chief United States District Judge